

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,278 & AP-76,279

## EX PARTE EDWARD JOHNSON, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 1043616 AND 1010659 IN THE 263RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and indecency with a child and sentenced to 30 years' imprisonment in each cause. The First Court of Appeals affirmed his convictions. *Johnson v. State*, Nos. 01-07-00294-CR and 01-07-00293-CR, (Tex. App.— Houston [First Dist.], 2007, no pet.) (not designated for publication.)

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely file a petition for discretionary review even though counsel had promised Applicant

he would do so.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that Applicant was deprived his right to file petitions for discretionary review. The trial court recommends that relief be granted. We find, therefore, that Applicant is entitled to the opportunity to file out-of-time petitions for discretionary review of the judgments of the First Court of Appeals in Cause Nos. 01-07-00294-CR and 01-07-00293-CR that affirmed his convictions in Case Nos. 1043616 and 1010659 from the 263rd Judicial District Court of Harris County. Applicant shall file his petitions for discretionary review with the First Court of Appeals within 30 days of the date on which this Court's mandates issue.

Delivered: January 27, 2010
Do not publish